DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

REICH v. REICH

No. 37 PC.

Case below: 44 N.C. App. 613.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 May 1980.

SAVINGS AND LOAN LEAGUE v. CREDIT UNION COMM.

No. 76 PC.

No. 17 (Fall Term).

Case below: 45 N.C. App. 19.

Petition by plaintiffs for discretionary review under G.S. 7A-31 allowed 6 May 1980. Motion of respondents to dismiss appeal for lack of substantial constitutional question denied 6 May 1980.

SMITH v. BYERS

No. 81 PC.

Case below: 44 N.C. App. 731.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 May 1980.

STATE v. BALL

No. 137.

Case below: 45 N.C. App. 713.

Motion of Attorney General to dismiss defendant's notice of appeal for lack of substantial constitutional question allowed 6 May 1980.

STATE v. COLLINS

No. 113 PC.

Case below: 45 N.C. App. 555.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 May 1980.